UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO JOSE SARAGOZA,

Plaintiff,

v.

JOHN DOE, et al.,

Defendants.

No. 1:23-cv-00496-ADA-CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR ADMINISTRATIVE DISMISSAL

(ECF No. 4)

Plaintiff Benito Jose Saragoza is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2023, the Magistrate Judge issued findings and recommendations that recommended dismissing this action as duplicative of a pending case that Plaintiff filed on March 6, 2023, *Saragoza v. John Doe No. 1*, No. 1:23-cv-00355-BAM. (ECF No. 4.) Plaintiff filed objections on April 26, 2023, asking the Court to take into consideration his pro se status, lack of knowledge of legal terms and case law, and his inability to access the law library. (ECF No. 5.)

As the Magistrate Judge explained in the findings and recommendations, this case is so similar to No. 1:23-cv-00355-BAM that Plaintiff is not entitled to maintain both actions. *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (quoting *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880,

904 (2008). Because the earlier case, No. 1:23-cv-00355-BAM, seeks identical relief and remains open, dismissal of this case does not prejudice Plaintiff. Plaintiff is advised that he should continue to comply with orders and adhere to deadlines in Case No. 1:23-cv-00355-BAM, which remains open and is not affected by this order.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 7, 2023, (ECF No. 4), are adopted, in full;
2. The Clerk of Court is directed to administratively close this case as duplicative of No. 1:23-cv-00355-BAM; and
3. This order has no effect on any deadlines or orders in No. 1:23-cv-00355-BAM.

IT IS SO ORDERED.

Dated: July 17, 2023

UNITED STATES DISTRICT JUDGE